IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: CASES FILED UNDER THE AMERICANS WITH DISABILITIES ACT BY NORBERTO MEDINA-RODRIGUEZ | CIVIL NO. 15-3184 (PAD)<br>CIVIL NO. 15-3190 (PAD)<br>CIVIL NO. 16-1833 (PAD)<br>CIVIL NO. 16-2586 (PAD)<br>CIVIL NO. 16-2587(PAD)<br>CIVIL NO. 16-2590 (PAD)<br>CIVIL NO. 17-1947(PAD) |

**ORDER**

Norberto Medina-Rodríguez brought the captioned cases against different places of public accommodation, alleging violations of Title III of the Americans with Disabilities Act ("ADA"), 42 U.S.C. §§ 12181-12189. On July 24, 2017, the court referred these and twenty (20) other cases filed by the same attorney, José Carlos Vélez-Colón, to U.S. Magistrate Judge Bruce J. McGiverin, for a hearing to determine whether the cases are or were frivolous or malicious pursuant to 28 U.S.C. §1915(e)(2)(B)(i), and to issue a report and recommendation on this matter. See, Docket No. 39 in Civil No. 15-3184; Docket No. 53 in Civil No. 15-3190; Docket No. 19 in Civil No. 16-1833; Docket No. 15 in Civil No. 16-2586; Docket No. 21 in Civil No. 16-2587; Docket No. 8 in Civil No. 16-2590; and Docket No. 4 in Civil No. 17-1947).

The Magistrate Judge organized the cases by plaintiffs and held a hearing where Medina testified (Docket No. 40 in Civil No. 15-3184; Docket No. 68 in Civil No. 15-3190; Docket No. 20 in Civil No. 16-1833; Docket No. 16 in Civil No. 16-2586; Docket No. 22 in Civil No. 16-2587; Docket No. 9 in Civil No. 16-2590; and Docket No. 18 in Civil No. 17-1947). On October 15, 2018, he issued a Report and Recommendation ("R&R") with his findings and recommendations. In essence, recommending that the undersigned find the cases to be neither frivolous nor malicious. Id. at p. 9.

The court has made an independent, *de novo*, examination of the entire record in light of applicable law, and finds that the Magistrate Judge's analysis and conclusions are well supported. Therefore, the R&R is adopted *in toto*.  In conformity with the Magistrate Judge's recommendation, the court finds that the captioned cases are not frivolous or malicious.

**SO ORDERED.**

In San Juan, Puerto Rico, this 9th day of November, 2018.

> s/Pedro A. Delgado-Hernández
> PEDRO A. DELGADO-HERNÁNDEZ
> United States District Judge